AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
### NORTHERN DISTRICT OF CALIFORNIA

E-filing
ADR

JACK BUCKHORN AND ANISA M. THOMSEN AS
TRUSTEES OF THE REDWOOD EMPIRE ELECTRICAL
WORKERS HEALTH AND WELFARE TRUST FUND,
REDWOOD EMPIRE ELECTRICAL WORKERS PENSION
TRUST, JOINT ELECTRICAL INDUSTRY TRAINING
PROGRAM, NATIONAL EMPLOYEES BENEFIT FUND, AND
REDWOOD EMPIRE ELECTRICAL WORKERS WORK
RECOVERY FUND

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

MARK A. KNEAPER, individually and
doing business as KNEAPER ELECTRIC

**C08 04004 RS**

TO: MARK A. KNEAPER, individually and
doing business as KNEAPER ELECTRIC
2901 Hubbard Lane
Eureka, CA 95501

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

SUE CAMPBELL
Attorney at Law
1155 North First Street, Suite 101
San Jose, California 95112
(408) 277-0648

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**RICHARD W. WIEKING**

CLERK

**AUG 21 2008**

DATE

Betty J. Walton

(BY) DEPUTY CLERK