SUE CAMPBELL
Attorney at Law, State Bar Number 98728
1155 North First Street, Suite 101
San Jose, California 95112
Phone: (408) 277-0648
Fax:     (408) 938-1035

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK BUCKHORN AND ANISA M. THOMSEN AS TRUSTEES OF THE REDWOOD EMPIRE ELECTRICAL WORKERS HEALTH AND WELFARE TRUST FUND, REDWOOD EMPIRE ELECTRICAL WORKERS PENSION TRUST, JOINT ELECTRICAL INDUSTRY TRAINING PROGRAM, NATIONAL EMPLOYEES BENEFIT FUND, AND REDWOOD EMPIRE ELECTRICAL WORKERS WORK RECOVERY FUND<br><br>Plaintiffs,<br><br>vs.<br><br>MARK A. KNEAPER, individually and doing business as KNEAPER ELECTRIC,<br><br>Defendants. | CASE NO.: C 08 4004 BZ<br><br>CASE MANAGEMENT CONFERENCE STATEMENT AND PROPOSED ORDER<br><br>Date:   December 15, 2008<br>Time:  4:00 P.M.<br>Place:  Courtroom G, 15th Floor<br>          Hon. Judge Zimmerman |

Plaintiff in the above-entitled action submits this Case Management Statement and proposed order, and requests that the court adopt it as the Case Management Order in this case. Defendants have been served.

**DESCRIPTION OF THE CASE**

This is a claim for unpaid employee benefits to Taft-Hartley Employee Benefit Trust Funds. Defendant has not answered. Default has not been taken.

Plaintiffs and Defendant are currently in the process of attempting to settle this matter.

1

CASE MANAGEMENT CONFERENCE STATEMENT AND PROPOSED ORDER

1  Partial payments have been made but additional monies are owed for September, October, and
2  November 2008. Plaintiffs would like to continue the case for sixty (60) days to attempt to settle
3  the matter. If settlement cannot be reached an amended complaint will be filed for contributions
4  due through December 2008. Therefore, Plaintiffs request that the case be continued until
5  February 12, 2009, for another Case Management Conference.

Respectfully submitted,

Dated: December 1, 2008

SUE CAMPBELL
Attorney for Plaintiff

## ORDER

The Case Management Conference is hereby continued to February ~~12~~ 9th, 2009, at 4:00 P.M., in Courtroom G, 15th Floor. Plaintiff will file an update and proposed action ten (10) days prior to the Case Management Conference.

Dated:  December 2, 2008

JUDGE OF THE U.S. DISTRICT COURT

IT IS SO ORDERED
Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

CASE MANAGEMENT CONFERENCE STATEMENT AND PROPOSED ORDER