SUE CAMPBELL
Attorney at Law, State Bar Number 98728
1155 North First Street, Suite 101
San Jose, California 95112
Phone: (408) 277-0648
Fax:   (408) 938-1035

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK BUCKHORN AND ANISA M. THOMSEN AS TRUSTEES OF THE REDWOOD EMPIRE ELECTRICAL WORKERS HEALTH AND WELFARE TRUST FUND, REDWOOD EMPIRE ELECTRICAL WORKERS PENSION TRUST, JOINT ELECTRICAL INDUSTRY TRAINING PROGRAM, NATIONAL EMPLOYEES BENEFIT FUND, AND REDWOOD EMPIRE ELECTRICAL WORKERS WORK RECOVERY FUND<br><br>Plaintiffs,<br>vs.<br><br>MARK A. KNEAPER, individually and doing business as KNEAPER ELECTRIC,<br><br>Defendants. | CASE NO.: C 08 4004 BZ<br><br>CASE MANAGEMENT CONFERENCE STATEMENT AND ~~PROPOSED~~ ORDER<br><br>Date:  February 9, 2009<br>Time:  4:00 P.M.<br>Place: Courtroom G, 15th Floor<br>           Hon. Judge Zimmerman |

Plaintiff in the above-entitled action submits this Case Management Statement and proposed order, and requests that the court adopt it as the Case Management Order in this case. The first amended complaint was filed on January 22, 2009 and is being served on the defendant.

## DESCRIPTION OF THE CASE

This is a claim for unpaid employee benefits to Taft-Hartley Employee Benefit Trust Funds.

1

1  Plaintiffs would like to continue the case for sixty (60) days in order to complete service
2  on the defendant. Therefore, Plaintiffs request that the case be continued until April 10, 2009,
3  for another Case Management Conference.

4

5                                          Respectfully submitted,

6

7  Dated: January 30, 2009

                                            SUE CAMPBELL
8                                           Attorney for Plaintiff

9

10                      **ORDER**              April 13, 2009

11  The Case Management Conference is hereby continued to ~~April 10, 2009~~, at 4:00 P.M.,
12  in Courtroom G, 15th Floor. Plaintiff(s) will file an update and proposed action ten (10) days
13  prior to the Case Management Conference.  Plaintiff shall serve this Order on defendant.

14

15  Dated:   January 30, 2009

                                            JUDGE OF THE U.S. DISTRICT COURT
16

17

18

19

20

21

22

23

24

25

26

27

28

2

CASE MANAGEMENT CONFERENCE STATEMENT AND PROPOSED ORDER