SUE CAMPBELL
Attorney at Law, State Bar Number 98728
1155 North First Street, Suite 101
San Jose, California 95112
Phone: (408) 277-0648
Fax:   (408) 938-1035

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK BUCKHORN AND ANISA M. THOMSEN AS TRUSTEES OF THE REDWOOD EMPIRE ELECTRICAL WORKERS HEALTH AND WELFARE TRUST FUND, REDWOOD EMPIRE ELECTRICAL WORKERS PENSION TRUST, JOINT ELECTRICAL INDUSTRY TRAINING PROGRAM, NATIONAL EMPLOYEES BENEFIT FUND, AND REDWOOD EMPIRE ELECTRICAL WORKERS WORK RECOVERY FUND<br><br>Plaintiffs,<br><br>vs.<br><br>MARK A. KNEAPER, individually and doing business as KNEAPER ELECTRIC,<br><br>Defendants. | CASE NO.: C 08 4004 BZ<br><br>CASE MANAGEMENT CONFERENCE STATEMENT AND PROPOSED ORDER<br><br>Date:  April 13, 2009<br>Time:  4:00 P.M.<br>Place: Courtroom G, 15th Floor<br>       Hon. Judge Zimmerman |

Plaintiffs in the above-entitled action submit this Case Management Statement and proposed order, and request that the court adopt it as the Case Management Order in this case. The first amended complaint was served on the Defendant on February 10, 2009. A request for entry of default was filed on March 18, 2009. Clerk's notice for entry of default was entered March 20, 2009 against Defendant MARK A. KNEAPER, individually and doing business as KNEAPER ELECTRIC. Plaintiffs are in the process of obtaining declarations and documentation in order to proceed with a default judgement against the Defendant on June 17, 2009.

1

CASE MANAGEMENT CONFERENCE STATEMENT AND PROPOSED ORDER

## DESCRIPTION OF THE CASE

This is a claim for unpaid employee benefits to Taft-Hartley Employee Benefit Trust Funds.

Plaintiffs would like to continue the case for sixty (60) days in order to complete the documentation for the default judgement hearing. Therefore, Plaintiffs request that the case be continued until June 17, 2009, for another Case Management Conference.

Respectfully submitted,

Dated: April 2, 2009

SUE CAMPBELL
Attorney for Plaintiff

## ORDER   June 29, 2009

The Case Management Conference is hereby continued to ~~June 17, 2009~~, at 4:00 P.M., in Courtroom G, 15th Floor. Plaintiff will file an update and proposed action ~~ten (10) days~~ five (5) days prior to the Case Management Conference.

Dated: April 3, 2009

JUDGE OF THE U.S. DISTRICT COURT