IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JACK BUCKHORN, et al.,

             Plaintiffs,

   v.

MARK A. KNEAPER,

             Defendant.

NO. C08-4004 TEH

ORDER GRANTING MOTION FOR DEFAULT JUDGMENT

This case was reassigned to this Court following the filing of a report and recommendation by Magistrate Judge Bernard Zimmerman on June 25, 2009. No objections to the report and recommendation have been received, and the period for filing such objections has now expired. *See* Fed. R. Civ. P. 72(b)(2) (allowing ten-day period for filing objections). The Court has reviewed the report and recommendation, the supplemental affidavit filed by Plaintiffs, and the record in this case, and it agrees with Judge Zimmerman's recommendation that default judgment should be entered in Plaintiffs' favor. Accordingly, with good cause appearing, Plaintiffs' motion for default judgment is GRANTED. The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: 08/05/09

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT