EJ-130

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number and address)*: | | FOR COURT USE ONLY |
|---|---|---|
| SUE CAMPBELL, ATTORNEY AT LAW   SBN: 98728<br>1155 N. FIRST ST., SUITE 101<br>SAN JOSE, CA 95112 | | |
| TELEPHONE NO.: 408-277-0648   FAX NO.(Optional): 408-938-1035 | | |
| E-MAIL ADDRESS (Optional): | | |
| ATTORNEY FOR (Name): PLAINTIFFS | | |
| [X] ATTORNEY FOR   [X] JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD | | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
STREET ADDRESS: U.S.D.C. - NORTHERN DISTRICT
MAILING ADDRESS: 450 Golden Gate Ave.
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME:

PLAINTIFF: JACK BUCKHORN, et. al.

DEFENDANT: MARK A. KNEAPER, et. al.

| WRIT OF | [X] EXECUTION (Money Judgment)<br>[ ] POSSESSION OF   [ ] Personal Property<br>                            [ ] Real Property<br>[ ] SALE | CASE NUMBER:<br>C08-04004 TEH |
|---|---|---|

1. **To the Sheriff or Marshal of the County of:** NORTHERN DISTRICT
   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.
2. **To any registered process server:** You are authorized to serve this writ only in accord with CCP 699.080 or CCP 715.040.
3. *(Name):* JACK BUCKHORN, et. al.
   is the [X] judgment creditor [ ] assignee of record  whose address is shown on this form above the court's name.
4. **Judgment debtor** *(name and last known address)*:

   > MARK A. KNEAPER, individually and
   > doing business as KNEAPER ELECTRIC
   > 2901 Hubbard Lane
   > Eureka, CA 95501

   [ ] Additional judgment debtors on next page
5. **Judgment entered** on *(date)*: 08/05/2009
6. [ ] **Judgment renewed** on *(dates)*:

7. **Notice of sale** under this writ
   a. [X] has not been requested.
   b. [ ] has been requested *(see next page)*.
8. [ ] Joint debtor information on next page.

[SEAL]

9. [ ] See next page for information on real or personal property to be delivered under a writ of possession or sold under a writ of sale.
10. [ ] This writ is issued on a sister-state judgment.
11. Total judgment .................................. $   144,568.52
12. Costs after judgment (per filed order or memo CCP 685.090) ................. $
13. Subtotal *(add 11 and 12)* ................. $   144,568.52
14. Credits ........................................... $
15. Subtotal *(subtract 14 from 13)* ......... $   144,568.52
16. Interest after judgment (per filed affidavit CCP 685.050) (not on GC 6103.5 fees) .. $
17. Fee for issuance of writ ................... $
18. **Total** *(add 15, 16, and 17)* ........... $   144,568.52
19. Levying officer:
    (a) Add daily interest from date of writ *(at the legal rate on 15)* (not on GC 6103.5 fees) of ................. $   3.41
    (b) Pay directly to court costs included in 11 and 17 (GC 6103.5, 68511.3; CCP 699.520(i)) ........................ $
20. [ ] The amounts called for in items 11-19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

Issued on *(date)*: SEP 1 5 2009   Clerk, by RICHARD W. WIEKING / THELMA NUDO , Deputy

**NOTICE TO PERSON SERVED: SEE NEXT PAGE FOR IMPORTANT INFORMATION.**

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
EJ-130 [Rev. January 1, 2006]

Martin Dean's
ESSENTIAL FORMS™

**WRIT OF EXECUTION**

Code of Civil Procedure, §§ 699.520, 712.010,
Government Code, § 6103.5
www.courtinfo.ca.gov

Kneaper